UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GABRIEL AGUILAR GONZALEZ,

    Defendant.

CASE NO. MJ 20-048
EDWA NO. MJ 20-034

DETENTION ORDER

Offense charged:    Conspiracy to Distribute 500 grams or more of Methamphetamine

Date of Detention Hearing:   February 4, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is charged by Complaint in the Eastern District of Washington. He has waived an identity hearing and an Order of Transfer has been signed. Defendant was not interviewed by Pretrial Service. He does not contest detention.

DETENTION ORDER
PAGE -1

2. Defendant poses a risk of nonappearance based on lack of verified background information, unknown immigration status, and a previous removal from the United States. Defendant poses a risk of danger based on lack of verified background information and the nature of the instant charge.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 4th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge